IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERCY PEREZ, | ) | |
| | ) | Civil Action No. 21 – 332 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SCI FAYETTE SUPER. M. CAPOZZA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**AND NOW**, this 31st day of March, 2021, upon review of Plaintiff's Motion for Stay of Action Pending Service of Filing Fee Account Deduction Authorization Form,

**IT IS HEREBY ORDERED** that the Clerk of Court shall enclose with this Order an authorization form which Plaintiff shall complete and return to the Court within **TEN (10) DAYS** of entry of this Order. On this form, Plaintiff shall sign either the section that authorizes monthly payments from his inmate account or the section that moves to withdraw this action *without payment of any portion of the filing fee*.

**IT IS FURTHER ORDERED** that this action may be dismissed for failure to prosecute if Plaintiff fails to return the authorization form within **TEN (10) DAYS** from the date of this Order or if Plaintiff authorizes payments and the initial partial filing fee is not received within **THIRTY (30) DAYS** from the date of this Order.

**AND IT IS FURTHER ORDERED** that Plaintiff's Motion for Stay of Action Pending Service of Filing Fee Account Deduction Authorization Form is **DENIED** as moot.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

1

Cc: Percy Perez
DN5717
SCI Greene
175 Progress Drive
Waynesburg, PA  15370